Request for Jurisdiction Transfer  June 9, 2025
Name of Offender: Wendell Mark Street  5:18-CR-00047-GW

PROB 22
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*
5:18-CR-00047-GW

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00175-CDS-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Wendell Mark Street<br>6300 Tropicana Avenue<br>Apt #348<br>Las Vegas, NV 89103 | Central of California | Western |
| | NAME OF SENTENCING JUDGE | |
| | George H. Wu | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM November 1, 2024 — TO October 31, 2027 |

FILED ☑  RECEIVED ☐
ENTERED ☐  SERVED ON ☐
JUNE 10 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**OFFENSE**

21 U.S.C 841(a)(1), (b)(1)(C), 18:2(b): Distribution of Oxycodone and Alprazol; Causing an Act to Done, Count 1 and 2

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Street reside in the District of Nevada and has significant communal ties

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____CENTRAL____ DISTRICT OF ____CALIFORNIA____

 IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 9, 2025  _[signed] George H. Wu_
Date  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____  DISTRICT OF __Nevada__

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 16, 2025  _[signed]_
Effective Date  Cristina D. Silva, United States District Judge